UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

TRUSTEES OF THE NEW YORK CITY DISTRICT   :
COUNCIL OF CARPENTERS PENSION FUND,    :
WELFARE FUND, ANNUITY FUND and         :
APPRENTICESHIP, JOURNEYMAN RETRAINING,  :        25-cv-8943 (LJL)
EDUCATIONAL and INDUSTRY FUND, et al.,   :

                        :             ORDER

           Petitioners,      :

     -v-                 :

GREENEBUILD LLC,             :

           Respondent.    :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The petition shall be considered as an unopposed motion for summary judgment absent a

response by Respondent no later than January 28, 2026.  Petitioner is directed to serve a copy of

this order on Respondent and to file proof of service on the docket.

SO ORDERED.

Dated: January 14, 2026
      New York, New York                    LEWIS J. LIMAN
                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2026