VIRGINIA
& AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Maura Moosnick, Esq.**
Partner
mmoosnick@vandallp.com

October 14, 2026

*Via Electronic Case Filing*

Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Greenebuild LLC, 25 CV 8943 (LJL)*

Dear Judge Liman:

This firm represents Petitioners in the above-referenced action. On October 5, 2026, the Court issued a memorandum Opinion and Order granting the Petition and providing for Petitioners to file a declaration in support of the calculation of prejudgment interest. Petitioners notified Respondent of the Order and solicited a settlement offer. Thereafter, Respondent made a settlement offer. The parties hope to finalize the settlement, which provides for an initial payment by October 15, 2026, this week. Petitioners accordingly request a corresponding one-week extension of the deadline to submit a supplemental declaration regarding interest.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/Maura Moosnick*
Maura Moosnick, Esq.

Petitioners' request for an extension until October 26, 2026 is GRANTED. Respondent shall have until November 9, 2026 to respond. Petitioners are directed to serve a copy of this Order on Respondent and to file proof of service on the docket.

October 14, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge